1

2

3

4                     UNITED STATES DISTRICT COURT

5                     EASTERN DISTRICT OF CALIFORNIA

6

7    PHYLLIS L. YORK, and JAMES B.    │  No. 2:15-cv-00563-GEB-DAD
     CARR,
8                                     │
                Plaintiffs,
9                                     │  **ORDER DISCHARGING ORDER TO SHOW**
          v.                             **CAUSE**
10                                    │
     AMERICAN SAVINGS NETWORK,
11   INC. also known as AMERICAN
     SAVINGS NETWORK, LLC; ANTHONY
12   DIEHL; and ROGER S. MORAN,

13              Defendants.

14

15          Plaintiffs were issued an Order to Show Cause ("OSC")

16   on June 12, 2015, for failing to file a status report, to which

17   they responded. (See ECF Nos. 8, 9.)

18          Although Plaintiffs' Response to the OSC indicates

19   Plaintiffs' counsel could be sanctioned, the undersigned judge

20   will not impose a sanction this time. Therefore, Plaintiffs'

21   request for a hearing on the OSC is unnecessary, and no hearing

22   is scheduled.

23          Dated:  June 29, 2015

24

25   _____

26   GARLAND E. BURRELL, JR.
     Senior United States District Judge

27

28
                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28