UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS L. YORK, and JAMES B. CARR, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN SAVINGS NETWORK, INC. also known as AMERICAN SAVINGS NETWORK, LLC; ANTHONY DIEHL; and ROGER S. MORAN, <br><br> Defendants. | No. 2:15-cv-00563-GEB-DAD <br><br> **ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

Plaintiffs state in their Status Report filed August 5, 2015:

> Defendant Anthony Diehl has been evading service of process, is aware of the pending lawsuit but has refused to accept service, and has stated he will not appear. He has indicated that he is in Mexico [until August 4th] and has refused to participate or appear in this lawsuit.
>
> The Plaintiffs request that the Court enter an order permitting service by mail on Defendant Anthony Diehl.

(Id. at 2:10-16 (citation omitted); see also Affs. Due Diligence, ECF No. 18.)

1

        In light of Plaintiffs' service representations and the affidavits of diligence filed on July 28, 2015, Plaintiffs are granted an extension under Federal Rule of Civil Procedure ("Rule") 4(m) to effectuate service on Defendant Anthony Diehl until and including September 30, 2015. Plaintiffs are notified under Rule 4(m) that failure to serve Defendant Anthony Diehl with process by that date may result in his dismissal for failure of service and/or prosecution. To avoid dismissal, on or before October 2, 2015, Plaintiffs shall file proof of service or a filing providing sufficient explanation why service was not completed within the extended service period.

        The Court declines to reach Plaintiffs' request for "an order permitting service by mail on Defendant Anthony Diehl" since Plaintiffs have shown neither that they are entitled to such an order, nor that such an order is necessary to effectuate service of process. See, e.g., Cal. Code Civ. P. § 415.40 ("A summons may be served on a person outside this state . . . by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."); see also Fed. R. Civ. P. 4(e) ("[A]n individual . . . may be served in a judicial district of the United States by . . . following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located . . . .").

        Further, the status conference scheduled for hearing on August 31, 2015, is continued to commence at 9:00 a.m. on November 9, 2015. A status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which

1  Plaintiffs shall address all pertinent subjects set forth in
2  Local Rule 240(a).
3          IT IS SO ORDERED.
4  Dated:  August 20, 2015

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```