UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS L. YORK, and JAMES B. CARR,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMERICAN SAVINGS NETWORK, INC. also known as AMERICAN SAVINGS NETWORK, LLC; ANTHONY DIEHL; and ROGER S. MORAN,<br><br>  Defendants. | No.  2:15-cv-00563-GEB-DAD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

A Clerk's Entry of Default has been entered as to each named Defendant, and Plaintiffs state in their Status Report filed October 21, 2015: "Default judgment hearings should be set against [each Defendant] . . . before the Magistrate Judge within 90 days from . . . th[e November 9, 2015] status conference." (Pls.' Status Report 5:26-28, ECF No. 26.)

Therefore, Plaintiffs shall file a motion for entry of default judgment as to each Defendant before the Magistrate Judge within ninety days of the date on which this Order is filed. If Plaintiff fails to timely file the motion(s), Plaintiff shall show cause in writing no later than February 15, 2016, why this action should not be dismissed for failure of prosecution. This action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to

1

this Order.

Further, the status conference scheduled for hearing on November 9, 2015, is continued to commence at 9:00 a.m. on May 9, 2016. Plaintiffs shall file a status report no later than fourteen (14) days prior to the status conference, in which they explain the status of the default proceedings.

IT IS SO ORDERED.

Dated:  November 5, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2