UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS L. YORK, and JAMES B. CARR, | No. 2:15-cv-0563-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| AMERICAN SAVINGS BANK NETWORK, INC., also known as AMERICAN SAVINGS NETWORK LLC, et al., | |
| Defendants. | |

In a previous order, the court denied the plaintiffs' motion to amend their complaint without prejudice to a renewed motion accompanied by a proposed amendment. *See* ECF No. 39. The plaintiffs have now filed a renewed motion and proposed amended complaint. *See* ECF Nos. 40 & 40-1. The court has reviewed the proposed amended complaint and notes the plaintiffs' effort to address concerns the magistrate judge raised in response to their previous filings. *See, e.g.*, Order on Default Judgment, ECF No. 35. The court expresses no opinion regarding whether their amended complaint adequately addresses those concerns; this question is better resolved in a renewed motion for default judgment.

/////

1

1 | The motion to amend is GRANTED.  This order resolves ECF No. 40.  A renewed
2 | motion for default judgment shall be filed within twenty-one days of the date this order is filed,
3 | noticing a hearing before the assigned magistrate judge as provided in Local Rule 302(c)(19).
4 | IT IS SO ORDERED.
5 | DATED: March 21, 2016.

UNITED STATES DISTRICT JUDGE