UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS L. YORK, and JAMES B. CARR,<br><br>               Plaintiffs,<br><br>    v.<br><br>AMERICAN SAVINGS NETWORK, INC., also known as AMERICAN SAVINGS NETWORK, LLC; ANTHONY DIEHL; and ROGER S. MORAN,<br><br>               Defendants. | No. 2:15-cv-0563 KJM DB<br><br><br><br><br>ORDER |

      Plaintiffs have repeatedly, and unsuccessfully, moved for default judgement. (<u>See</u> ECF Nos. 12, 25, 30, 35.) And plaintiffs have been repeatedly advised that they should serve the motion for default judgment on the defendants. (<u>See</u> ECF Nos. 25 & 45.) Plaintiffs again filed a motion for default judgment on December 14, 2016, setting the matter for hearing before the undersigned on January 20, 2017. (ECF No. 68.) And plaintiffs have, yet again, failed to file proof of service on the defendants of notice of plaintiff's motion for default judgment. Nor does it appear that plaintiffs served defendants with copies of the request for entry of default or the Clerk's entry of default.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The January 20, 2017 hearing of plaintiffs' motion for default judgment (ECF No. 68) is continued to **March 3, 2017** at **10:00 a.m.** in Courtroom No. 27;

2. Within twenty-one days of the date of this order plaintiffs shall properly serve each defendant with a copy of plaintiffs' request for entry of default (ECF No. 57), the Clerk's entry of default (ECF No. 59), plaintiffs' motion for default judgment (ECF No. 68), and a copy of this order; and

3. Within seven days of completing service on the defendants, plaintiffs shall file proof of such service with the court.

Dated:  January 10, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\york0563.cont.mdj5.ord